# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KLEMONSKI,
    Plaintiff,

v.

HAMILTON, et al.,
    Defendants.

No. 3:10cv1194 (SRU)

## ORDER

On July 29, 2010, the defendants removed the plaintiff's case from state court. Doc. 1. Since that time, the plaintiff has not taken any action in this case. On two occasions, on November 30, 2010, and January 3, 2011, mail the court has sent to the plaintiff has been returned as undeliverable. Defense counsel states that she has never been contacted by the plaintiff, and all mail she has sent to him has been returned as undeliverable.

The address given by the plaintiff is the address for Garner Correctional Institution. Officials at Garner have told the court that although the plaintiff was previously incarcerated at Garner, he has since been released.

Pro se plaintiffs have a duty to provide the District of Connecticut with a valid address. D. Conn. L. Civ. R. 83.1(c)2. They must also prosecute their case. Because the plaintiff has failed to do either of those, the case is dismissed without prejudice.

It is so ordered.

Dated at Bridgeport, Connecticut this 15th day of April 2011.

                /s/ Stefan R. Underhill
                Stefan R. Underhill
                United States District Judge